**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                                                  Case No: 5:16-cv-218-Oc-PGBPRL

**52.833 ACRES OF LAND IN SUMTER COUNTY FLORIDA, THE NORTHERN TRUST COMPANY, GEORGE SOLA, THE NORTHERN TRUST COMPANY, GEORGE SOLA, SUZANNE S. MARKEL, GEORGE SOLA, SUZANNE S. MARKEL, GEORGE L. SOLA, SIGRID SOLA, SUZANNE S. MARKEL, SUZANNE S. MARKEL, SUZANNE S. MARKEL, GEORGE L. SOLA, GEORGE L. SOLA, SUZANNE S. MARKEL, GEORGE L. SOLA, THE NORTHERN TRUST COMPANY, SUZANNE S. MARKEL, GEORGE L. SOLA, THE NORTHERN TRUST COMPANY and UNKNOWN OWNERS**

    **Defendants.**

## ORDER

Before the Court is Plaintiff's motion for entry of clerk's default as to Defendant Sigrid Sola. (Doc. 81). The Court ordered Plaintiff to show cause why the motion for clerk's default should not be denied for failure to establish that service was effected on Sigrid Sola. (Doc. 82). In that Order, the Court noted an apparent error with Plaintiff's proof of publication: Plaintiff's proof of publication (Doc. 54-1, p. 2) contained a certification that publication was made in a different case, but not this case. Plaintiff has now filed a corrected proof of publication, which contains a certification that publication was indeed made in this case. (Doc. 83).

- 2 -

Accordingly, Plaintiff's motion (Doc. 81) is **GRANTED**.  The Clerk is **DIRECTED** to enter default against Defendant Sigrid Sola.

**DONE** and **ORDERED** in Ocala, Florida on September 8, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties